Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise consists of rayon staple fiber the same in all material respects and assessed with duty upon the same basis of weights as computed by the collector in *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C. D. 1834), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 12, 1958

**No. 61666.**—Manca, Inc. *v.* United States, protests 300578–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of a camera, as an entirety, and is properly classifiable as a camera, the claim of the plaintiff was sustained.

**No. 61667.**—Manca, Inc. *v.* United States, protest 271640–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lenses for photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, the merchandise in question is dutiable as photographic lenses, the claim of the plaintiff at 25 percent was sustained.

**No. 61668.**—Manca, Inc. *v.* United States, protest 311078–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lenses for photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust Ct. 271, C. D. 1874); and that, in accordance with said decision, the merchandise in question is dutiable as photographic lenses, the claim of the plaintiff at 25 percent was sustained.

**No. 61669.**—Manca, Inc. *v.* United States, protests 277049–K and 277050–K (New York).